FILED BY ▲ D.C.

05 OCT 13 PM 2: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

INMAN BEERS, a Joint Venture, )
  )
  Plaintiff, )
  )
v. ) No. 05-2556 BP
  )
TRANSCONTINENTAL INSURANCE )
COMPANY OF NEW YORK, ET. AL., )
  )
  Defendants, )
  )

## ~~PROPOSED~~ JOINT SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on October 13, 2005. Present were Michael C. Patton, counsel for Defendant, Transcontinental Insurance Company of New York ("Transcontinental - NY"), Defendant/Counter-Plaintiff/Third Party Plaintiff, Transcontinental Insurance Company ("Transcontinental"), and Defendant, Continental Casualty Company, d/b/a CNA or CNA Insurance or d/b/a Transcontinental Insurance Company ("Continental"), and C. Wesley Fowler, counsel for Plaintiff/Counter-Defendant, Inman Beers ("Inman"). Christopher M. Paparella and Rajika Bhasin, counsel for Transcontinental, Transcontinental - NY and Continental, participated via telephone. Counsel for Third Party Defendants, Nelson Plumbing Co., Inc. ("Nelson") and Amerisure Companies, Inc. ("Amerisure") have not yet made appearances in this action. At the conference, the following dates were established as the final dates for:

M MCP 906490 v1
2016652-000002  10/10/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05



| | |
|---|---|
| INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26 (a)(1): | November 30, 2005 |
| JOINING PARTIES: | February 17, 2006 |
| AMENDIING PLEADINGS: | February 17, 2006 |
| INITIAL MOTIONS TO DISMISS: | March 17, 2006 |
| COMPLETING ALL DISCOVERY: | September 15, 2006 |
|   (a)  DOCUMENT PRODUCTION | September 1, 2006 |
|   (b)  DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | September 1, 2006 |
|   (c)  EXPERT WITNESS DISCLOSURE AND DEPOSITIONS (Rule 26): | |
|     (i)  All parties' Rule 26 Expert Report | July 14, 2006 |
|     (ii)  All parties' Rule 26 Expert Rebuttal Reports | July 28, 2006 |
|     (iii)  Expert Witness Depositions | September 15, 2006 |
| FILING DISPOSITIVE MOTIONS: | November 1, 2006 |

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is currently set for a jury trial, and the trial is expected to last 5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation ~~after~~ on or before [TMP] the close of discovery.

The parties are reminded that pursuant to Local Rule 17(a)(1)(a), all motions, except motions pursuant to Fed. R. Civ. 12, 56, 59, and 60 shall be accompanied by a proposed order.

- 2 -

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to a trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: October 13, 2005

APPROVED AS TO FORM:

_____
GARY K. SMITH
C. WESLEY FOWLER

Attorneys for Plaintiff/Counter-Defendant, Inman Beers

GARY K. SMITH & ASSOCIATES, PLLC
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
(901) 544-6399

- 3 -

---

MICHAEL C. PATTON

Attorney for Defendant, Transcontinental Insurance
Company of New York, Defendant/Counter-Plaintiff/
Third Party Plaintiff, Transcontinental Insurance Company,
and Defendant, Continental Casualty Company,
d/b/a CNA or CNA Insurance or d/b/a
Transcontinental Insurance Company

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

OF COUNSEL:

Christopher M. Paparella, Esq.
Rajika Bhasin, Esq.
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022-7001
(212)940-3000

Attorney for Defendant, Transcontinental Insurance
Company of New York, Defendant/Counter-Plaintiff/
Third Party Plaintiff, Transcontinental Insurance Company,
and Defendant, Continental Casualty Company,
d/b/a CNA or CNA Insurance or d/b/a
Transcontinental Insurance Company

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02556 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Christopher M. Paparella
NIXON PEABODY LLP
437 Madison Ave.
New York, NY 10022

Rajika Bhasin
NIXON PEABODY LLP
437 Madison Ave.
New York, NY 10022

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Charles Wesley Fowler
GARY K. SMITH & ASSOCIATES, PLLC
100 Peabody Place
Suite 1300
Memphis, TN 38103

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT