IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| INMAN BEERS, A JOINT VENTURE ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | NO.   05-2556 BP |
| TRANSCONTINENTAL INSURANCE ) | |
| COMPANY OF NEW YORK, ET AL, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| TRANSCONTINENTAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| COUNTER-PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| INMAN BEERS, A JOINT VENTURE, ) | |
| ) | |
| COUNTER-DEFENDANT, ) | |
| ) | |
| TRANSCONTINENTAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| THIRD-PARTY PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| NELSON PLUMBING COMPANY, INC., AND ) | |
| AMERISURE COMPANIES, INC., ) | |
| ) | |
| THIRD-PARTY DEFENDANTS ) | |
| ) | |

ORDER GRANTING DEFENDANT NELSON PLUMBING COMPANY, INC.'S
MOTION FOR ADDITIONAL TIME TO ANSWER
OR OTHERWISE PLEAD

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-8-05

This matter came on to be heard upon the motion of defendant, Nelson Plumbing Company, Inc. to extend time to answer or file other responsive pleadings until November 30, 2005; upon the certificate of consultation reflecting no objection from counsel for the remaining parties and the entire record in this cause, from all of which it appears this motion is well taken and shall be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the time for this defendant to answer or file other responsive pleadings is extended to November 30, 2005.

~~J. Daniel Breen~~ Tu M. Pham
United States ~~District~~ Judge
Magistrate

Date: November 7, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02556 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Rajika Bhasin
NIXON PEABODY LLP
437 Madison Ave.
New York, NY 10022

Christopher M. Paparella
NIXON PEABODY LLP
437 Madison Ave.
New York, NY 10022

Charles Wesley Fowler
GARY K. SMITH & ASSOCIATES, PLLC
100 Peabody Place
Suite 1300
Memphis, TN 38103

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1300
Memphis, TN 38103

James Patrick Catalano
LEITNER WILLIAMS DOOLEY & NAPOLITAN PLLC- Nashville
414 Union St.
Ste. 1900
Nashville, TN 37219--230

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

Honorable J. Breen
US DISTRICT COURT