IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY _____ D.C.
17223/jco

05 NOV -8 PM 2: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

INMAN BEERS, a Joint Venture,

    Plaintiff,

v.                                                                          NO.: 05-2556 BP

TRANSCONTINENTAL INSURANCE
COMPANY OF NEW YORK, et al.

    Defendants.

TRANSCONTINENTAL INSURANCE
COMPANY

    Counter-Plaintiff,

v.

INMAN BEERS, a Joint Venture,

    Counter-Defendant,

TRANSCONTINENTAL INSURANCE
COMPANY

    Third Party Plaintiff,

v.

NELSON PLUMBING CO., INC. and
AMERISURE COMPANIES, INC.,

    Third Party Defendants,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-8-05

**ORDER ON THIRD PARTY DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME**

This matter having come before the Court on the Motion of the Third Party Defendant, Amerisure Companies, Inc., for Enlargement of Time within which to file Motions or Answers in



response to the Complaint and the Court having considered the Motion, Memorandum in Support thereof and the entire record in this cause, finds that cause does exist for the Motion and the same shall be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Third Party Defendant, Amerisure Companies, Inc's, Motion for Enlargement of Time is hereby granted and it shall have to and including November 30, 2005, to file and serve initial Motions or Answers in response to the Complaint.

It is so ordered this the 7 day of November, 2005.

_____
United States ~~District~~ Judge
Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02556 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Rajika Bhasin
NIXON PEABODY LLP
437 Madison Ave.
New York, NY 10022

Michael C. Patton
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert A. Talley
SHUTTLEWORTH WILLIAMS HARPER WARING & DERRICK
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--630

James Patrick Catalano
LEITNER WILLIAMS DOOLEY & NAPOLITAN PLLC- Nashville
414 Union St.
Ste. 1900
Nashville, TN 37219--230

Christopher M. Paparella
NIXON PEABODY LLP
437 Madison Ave.
New York, NY 10022

Charles Wesley Fowler
GARY K. SMITH & ASSOCIATES, PLLC
100 Peabody Place
Suite 1300
Memphis, TN 38103

Gary K. Smith
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT